# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-3193

_____

Byron Dale; Greg Soderberg; Ayrlahn Johnson; David Pich; The Citizens of the
United States

*Plaintiffs - Appellants*

v.

Steven Mnuchin; President Donald Trump

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: March 26, 2019
Filed: March 29, 2019
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Byron Dale appeals the district court's[1] dismissal of his pro se complaint. Having carefully reviewed the record and Dale's arguments on appeal, we conclude the court did not err in dismissing the complaint.  See Laclede Gas Co. v. St. Charles Cnty., Mo., 713 F.3d 413, 417 (8th Cir. 2013) (de novo review of dismissal for lack of subject matter jurisdiction).  We also note that, as only Dale signed the notice of appeal, the other plaintiffs are not appellants in this court.  See Scarrella v. Midwest Fed. Savings and Loan, 536 F.2d 1207, 1209 (8th Cir. 1976) (per curiam) (NOA that purported to be on behalf of all plaintiffs but was signed by only one pro se plaintiff was not effective for those who did not sign).

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.